ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL XII

| | | |
|---|---|---|
| COOPERATIVA DE CRÉDITO Y AHORRO LAS PIEDRAS<br><br>Apelado<br><br>v.<br><br>FRIDA MARCHOSKY KOGAN<br><br>Apelante | TA2025AP00049 | *Apelación* acogida como *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de San Juan<br><br>Caso Núm.: SJ2018CV03674<br><br>Sobre: Ejecución de Hipoteca |

Panel integrado por su presidente, el Juez Candelaria Rosa, el Juez Adames Soto, el Juez Campos Pérez y la Jueza Trigo Ferraiuoli

Campos Pérez, Juez Ponente

## RESOLUCIÓN

En San Juan, Puerto Rico, a 14 de enero de 2026.

Presentado el recurso intitulado *Apelación con fundamentos de derecho y solicitud de remedio obligatorio y paralización inmediata de lanzamiento*, el cual acogemos como un auto de *certiorari* por ser lo procedente en derecho, al tratarse de un recurso postsentencia; así como la solicitud de auxilio de jurisdicción, disponemos: **No Ha Lugar**.

Luego de examinar los argumentos esbozados y el expediente del caso ante el foro impugnado, a la luz de los criterios de la Regla 40 del Reglamento del Tribunal de Apelaciones, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, según enmendado, 215 DPR __ (2025), no encontramos fundamentos meritorios por los cuales este foro intermedio deba intervenir. La peticionaria del epígrafe no demostró que el tribunal primario haya sido arbitrario, cometido un craso abuso de discreción ni errado en la interpretación o la aplicación de cualquier norma procesal o de derecho sustantivo.

A la *Solicitud y declaración para que se exima de pago de arancel por razón de indigencia*, se autoriza.

**Notifíquese inmediatamente.**

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones